**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6538

ANTHONY WASHINGTON,

Plaintiff - Appellant,

versus

RUFUS FLEMING, Regional Director; J. HALSEY
HARRIS, Regional Obudsman; EDDIE L. PEARSON,
Chief Warden; DAVID B. EVERETT, Assistant
Warden of Operation and Security; JAMILLA F.
BURNEY, Assistant Warden of Housing and
Programs; RICK E. WHITE, Senior Counselor;
MICHAEL SHAWN EDWARDS, Chaplin; RUFUS C.
ROBINSON, Unit Manager; L. MURPHY, Grievance
Coordinator; SERGEANT PARHAM, Correctional
Officer; MR. APPEL, Registered Nurse;
LIEUTENANT HAMLETTE; JOHN DOE, IV; OFFICER
KELLY; SERGEANT TISCHLER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (CA-02-778-2)

Submitted: August 18, 2005          Decided: August 25, 2005

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Washington, Appellant Pro Se.  John David McChesney, RAWLS
& NCNELIS, PC, Richmond, Virginia; William W. Muse, Assistant
Attorney General, Philip Carlton Hollowell, OFFICE OF THE ATTORNEY
GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Washington appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Washington v. Fleming, No. CA-02-778-2 (E.D. Va. filed Mar. 17, 2005 & entered Mar. 21, 2005). We deny Washington's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED